**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

PNC BANK, N.A., a national
association,

       Plaintiff,

v.

HOMEKRETE LLC, a Florida limited
liability company; MADSTARZ INC, a Florida
for-profit corporation; and CARLOS CRUZ,
an individual,

       Defendants.

_____/

Case No..: _____

## COMPLAINT

Plaintiff, PNC BANK, N. A., a national association ("Plaintiff" or "PNC"), by and through undersigned counsel, sues Defendants, HOMEKRETE LLC, a Florida limited liability company ("Homekrete"), MADSTARZ INC, a Florida for-profit corporation ("Madstarz"), and CARLOS CRUZ, an individual ("Cruz") (Homekrete, Madstarz, and Cruz hereinafter referred to collectively as "Obligors" or "Defendants"), for enforcement of small business lines of credit and breach of guaranties, and alleges as follows:

### PARTIES AND CITIZENSHIP

1. Plaintiff, PNC, is a national banking association whose main office, as designated in its articles of association, is located in the State of Delaware and its

principal place of business is located in Pittsburgh, Pennsylvania and, therefore, is a citizen of both Delaware and Pennsylvania.

2. Defendant, Homekrete, is a limited liability company that is incorporated in Florida with its principal place of business located at 1120 SW 13th Ave., Miami, FL 33135, in Miami-Dade County, Florida. Defendant, Homekrete, is the primary borrower of the Homekrete business line of credit, the default thereof is the one of the bases of this lawsuit.

3. Homekrete's sole member is Cruz who, as set forth below, is a citizen and resident of the state of Florida.  Therefore, Homekrete is a citizen of the state of Florida.

4. Defendant, Madstarz, is a for-profit corporation that is incorporated in Florida with its principal place of business located at 1256 SW 8th Street, Miami, FL 33135 in Miami-Dade County, Florida, and is therefore a citizen of the state of Florida. Defendant, Madstarz, is the primary borrower of the Madstarz business line of credit, the default thereof is the one of the bases of this lawsuit.

5. Cruz is a natural person, a resident and citizen of Florida because Cruz's primary residence is believed to be 3900 NW 2nd Street, Miami, FL 33126.  As detailed below, Defendant Cruz, guaranteed the obligations of both Homekrete and Madstarz.

2

## JURISDICTION & VENUE

6.     The Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1332(a) because the amounts in dispute exceed $75,000.00, exclusive of interest and costs, such that the matter can be heard on the basis of diversity jurisdiction.

7.     As set forth above, Homekrete, Madstarz, and Cruz are citizens of the state of Florida.

8.     PNC is a citizen of Delaware and Pennsylvania.

9.     Thus, there is complete diversity among the parties.

10.     Venue is appropriate in the Southern District of Florida pursuant to 28 U.S.C. §1391(b)(2). because a substantial portion of the facts giving rise to the causes of action set forth in this Complaint occurred in this District. More specifically, both Homekrete and Madstarz maintain their business in and around Miami-Dade County, Florida.

## GENERAL ALLEGATIONS

*The Madstarz Loan*

11.     On or about April 14, 2022, Madstarz executed a Small Business Line of Credit Application (the "Madstarz Application") to establish a $95,000.00 line of

credit with PNC (the "Madstarz LOC"). A true and correct copy of the Madstarz Application is attached hereto and incorporated herein as **Exhibit A**.

12.     On or about April 14, 2022, as part of the Madstarz Application, Cruz executed a Guaranty (the "Madstarz Guaranty"), whereby Cruz agreed to guaranty, and become surety for, the prompt payment and performance, when due, of all obligations of Madstarz to PNC, whether then existing or thereafter acquired.  *See* **Exhibit A,** p. 2, 4.

13.     On April 14, 2022, in connection with the Madstarz Application and Madstarz Guaranty, PNC issued a Business Banking Line of Credit Agreement (the "Madstarz Agreement") to Madstarz, which governed the terms and conditions of the Madstarz LOC, and which Madstarz agreed to by drawing on the Madstarz LOC. A true and correct copy of the Madstarz Agreement is attached hereto and incorporated herein as **Exhibit B**.

14.     The Madstarz Application and Madstarz Agreement constitute a lending agreement pursuant to which Madstarz borrowed up to $95,000.00 through the Madstarz LOC with PNC.

15.     Together, where appropriate, the Madstarz Application, the Madstarz Agreement, and the Madstarz Guaranty will be collectively referred to hereinafter as the "Madstarz Loan Documents."

16. The Madstarz Agreement provides that Madstarz would be in default thereof if, among other things, Madstarz failed to make any payment when due. *See* **Exhibit B**, ¶ 17.

17. The Madstarz Agreement further provides that, in the event of a default, PNC has the right to: (i) declare the entire outstanding principal, unpaid interest and charges under the [Madstarz] Loan Documents to be immediately due and payable to PNC; (ii) increase the interest margin up to 5 percentage points (5.0%) over the variable interest rate on the [Madstarz] LOC; and (iii) require that Madstarz pay costs incurred by PNC in the collection of the outstanding amounts, including attorneys' fees and court costs. *See* **Exhibit B**, ¶ 18.

18. Madstarz has failed to timely make the required payments when due under the Madstarz Loan Documents.

19. Accordingly, on October 8, 2024, PNC sent Madstarz and Cruz a Demand for Payment Letter (the "First Madstarz Demand Letter") informing Madstarz and Cruz that Madstarz was in default under the Madstarz Loan Documents, and demanding repayment of the full outstanding amount of the Madstarz LOC. A true and correct copy of the First Madstarz Demand Letter is attached hereto and incorporated herein as **Exhibit C**.

20. On January 16, 2025, PNC sent Madstarz and Cruz a second demand for payment letter relating to Madstarz's default under the Madstarz Loan

Documents, and demanding repayment of the full outstanding amount of the Madstarz LOC (collectively the "Second Madstarz Demand Letter"). A true and correct copy of the Second Madstarz Demand Letter is attached hereto and incorporated herein as **Exhibit D**.

21.     Madstarz has nonetheless failed to cure its defaults under the Madstarz Loan Documents, and as of May 1, 2025, there was due and owing $118,484.77, consisting of $94,354.84 in unpaid principal, $23,698.37 in accrued and unpaid interest, and $431.56 in late charges. Interest is accruing on the outstanding principal balance of the Madstarz LOC and will continue to accrue in accordance with the terms of the Madstarz Loan Documents.

22.     Accordingly, the full accelerated amount owed under the Madstarz Loan Documents is immediately due and payable to PNC.

23.     To date, Cruz has failed to ensure the prompt payment and performance of Madstarz's obligations under the Madstarz Loan Documents to PNC, as required by the Madstarz Guaranty.

### *Homekrete Loan*

24.     On or about January 30, 2023, Homekrete executed a Small Business Line of Credit Application (the "Homekrete Application") to establish a $100,000.00

line of credit with PNC (the "Homekrete LOC"). A true and correct copy of the Homekrete Application is attached hereto and incorporated herein as **Exhibit E**.

25.     On or about January 30, 2023, as part of the Homekrete Application, Cruz executed a Guaranty (the "Homekrete Guaranty"), whereby Cruz agreed to guaranty, and become surety for, the prompt payment and performance, when due, of all obligations of Homekrete to PNC, whether then existing or thereafter acquired. *See* **Exhibit E,** p. 2-3.

26.     On January 30, 2023, in connection with the Homekrete Application and Homekrete Guaranty, PNC issued a Business Banking Line of Credit Agreement (the "Homekrete Agreement") to Homekrete, which governed the terms and conditions of the Homekrete LOC, and which Homekrete agreed to by drawing on the Homekrete LOC. A true and correct copy of the Homekrete Agreement is attached hereto and incorporated herein as **Exhibit F**.

27.     The Homekrete Application and Homekrete Agreement constitute a lending agreement pursuant to which Homekrete borrowed up to $100,000.00 through the Homekrete LOC with PNC.

28.     Together, where appropriate, the Homekrete Application, the Homekrete Agreement, and the Homekrete Guaranty will be collectively referred to hereinafter as the "Homekrete Loan Documents."

7

29. The Homekrete Agreement provides that Homekrete would be in default thereof if, among other things, Homekrete failed to make any payment when due. *See* **Exhibit F**, ¶ 17.

30. The Homekrete Agreement further provides that, in the event of a default, PNC has the right to: (i) declare the entire outstanding principal, unpaid interest and charges under the Homekrete Loan Documents to be immediately due and payable to PNC; (ii) increase the interest margin up to 5 percentage points (5.0%) over the variable interest rate on the Homekrete LOC; and (iii) require that Homekrete pay costs incurred by PNC in the collection of the outstanding amounts, including attorneys' fees and court costs. *See* **Exhibit F**, ¶ 18.

31. Homekrete has failed to timely make the required payments when due under the Homekrete Loan Documents.

32. Accordingly, on October 8, 2024, PNC sent Homekrete and Cruz a Demand for Payment Letter (the "First Homekrete Demand Letter") informing Homekrete and Cruz that Homekrete was in default under the Homekrete Loan Documents, and demanding repayment of the full outstanding amount of the Homekrete LOC. A true and correct copy of the First Homekrete Demand Letter is attached hereto and incorporated herein as **Exhibit G**.

33. On January 16, 2025, PNC sent Homekrete and Cruz a second demand for payment letter relating to Homekrete's default under the Homekrete Loan

8

Documents, and demanding repayment of the full outstanding amount of the Homekrete LOC (collectively the "Second Homekrete Demand Letter"). A true and correct copy of the Second Homekrete Demand Letter is attached hereto and incorporated herein as **Exhibit H**.

34. Homekrete has nonetheless failed to cure its defaults under the Homekrete Loan Documents, and as of May 1, 2025, there was due and owing $125,987.61, consisting of $99,524.03 in unpaid principal, $26,007.11 in accrued and unpaid interest, and $456.47 in late charges. Interest is accruing on the outstanding principal balance of the Homekrete LOC and will continue to accrue in accordance with the terms of the Homekrete Loan Documents.

35. Accordingly, the full accelerated amount owed under the Homekrete Loan Documents is immediately due and payable to PNC.

36. To date, Cruz has failed to ensure the prompt payment and performance of Homekrete's obligations under the Homekrete Loan Documents to PNC, as required by the Homekrete Guaranty, constituting a default of the Homekrete Guaranty.

37. PNC has retained the undersigned law firm to represent it in this matter and is obligated to pay the undersigned counsel reasonable attorneys' fees for its services.

38. The Madstarz Agreement provides that PNC is entitled to recover its costs and expenses, including reasonable attorneys' fees, incurred through the enforcement of its rights under the Loan Documents. *See* **Exhibit B**, ¶ 18.

39. The Homekrete Agreement provides that PNC is entitled to recover its costs and expenses, including reasonable attorneys' fees, incurred through the enforcement of its rights under the Loan Documents. *See* **Exhibit F**, ¶ 18.

40. All conditions precedent to this action have occurred, been performed, or have been waived.

<u>**COUNT I – BREACH OF MADSTARZ LOAN DOCUMENTS**</u>
(Against Madstarz)

41. PNC sues Madstarz for breach of the Loan Documents and alleges damages in excess of $75,000.00, exclusive of interest, costs, and fees.

42. PNC realleges and incorporates Paragraphs 1, 4, 6-11, 13-22, 37-38 and 40 above as if fully alleged herein.

43. A contract exists between PNC and Madstarz, as evidenced by the Madstarz Application and Madstarz Agreement.

44. PNC is the owner and holder of the Madstarz Application and Madstarz Agreement.

45. As more particularly described herein, Madstarz is in material breach of the Madstarz Application and Madstarz Agreement and has defaulted thereunder for failure to make payments when due.

46.     All amounts owed under the Madstarz Application and Madstarz Agreement have been accelerated and are due and payable in full, including principal, interest, late charges, and attorneys' fees and costs.

47.     As a direct and proximate result of Madstarz's breach and default of the Madstarz Application and Madstarz Agreement, PNC has suffered damages and Madstarz owes to PNC the full amount of the outstanding unpaid Madstarz LOC, including principal, interest, attorneys' fees and costs, and any and all sums heretofore or hereinafter expended by PNC pursuant to the terms of the Madstarz Application and Madstarz Agreement.

WHEREFORE, Plaintiff, PNC Bank, N.A., respectfully requests this Court enter judgment for Plaintiff and against Defendant, Madstarz Inc., jointly and severally with Cruz, together with interest, costs, and attorneys' fees pursuant to the Madstarz Application and Madstarz Agreement and grant any further relief this Court deems just and proper.

## COUNT II – BREACH OF MADSTARZ GUARANTY
(Against Cruz)

48.     This is an action against Cruz for damages resulting from breach of the Madstarz Guaranty in an amount in excess of $75,000.00, exclusive of interest, costs, and attorneys' fees.

49.     PNC realleges and incorporates Paragraphs 1, 4-5, 6-23, 37-38 and 40 above as if fully alleged herein.

11

50.     A contract exists between PNC and Cruz, as evidenced by the Madstarz Guaranty.

51.     PNC is the owner and holder of the Madstarz Guaranty. As more particularly described herein, Cruz has defaulted under the terms of the Madstarz Guaranty by failing to tender to PNC the requisite payments and all amounts due and owing under the Madstarz Loan Documents.

52.     As a direct and proximate result of Cruz's default, PNC has suffered monetary damages, and there is now due and owing from Cruz the full amount of outstanding unpaid indebtedness under the Madstarz Loan Documents, including principal, interest, attorneys' fees and costs, and any and all sums heretofore or hereinafter expended by PNC, pursuant to the terms of the Madstarz Guaranty.

WHEREFORE, Plaintiff, PNC Bank, N.A., respectfully requests this Court enter judgment for Plaintiff and against Defendant, Carlos Cruz, jointly and severally with Madstarz, together with interest, costs, and attorneys' fees pursuant to the Madstarz Loan Documents, and grant any further relief this Court deems just and proper.

## COUNT III – BREACH OF HOMEKRETE LOAN DOCUMENTS
(Against Homekrete)

53.     PNC sues Homekrete for breach of the Loan Documents and alleges damages in excess of $75,000.00, exclusive of interest, costs, and fees.

54.     PNC realleges and incorporates Paragraphs 1-3, 5-10, 24, 26-35, 37 and 39-40 above as if fully alleged herein.

55.     A contract exists between PNC and Homekrete, as evidenced by the Homekrete Application and Homekrete Agreement.

56.     PNC is the owner and holder of the Homekrete Application and Homekrete Agreement.

57.     As more particularly described herein, Homekrete is in material breach of the Homekrete Application and Homekrete Agreement and has defaulted thereunder for failure to make payments when due.

58.     All amounts owed under the Homekrete Application and Homekrete Agreement have been accelerated and are due and payable in full, including principal, interest, late charges, and attorneys' fees and costs.

59.     As a direct and proximate result of Homekrete's breach and default of the Homekrete Application and Homekrete Agreement, PNC has suffered damages and Homekrete owes to PNC the full amount of the outstanding unpaid Homekrete LOC, including principal, interest, attorneys' fees and costs, and any and all sums heretofore or hereinafter expended by PNC pursuant to the terms of the Homekrete Application and Homekrete Agreement.

WHEREFORE, Plaintiff, PNC Bank, N.A., respectfully requests this Court enter judgment for Plaintiff and against Defendant, Homekrete LLC, jointly and

severally with Cruz, together with interest, costs, and attorneys' fees pursuant to the Homekrete Application and Homekrete Agreement and grant any further relief this Court deems just and proper.

### COUNT IV – BREACH OF HOMEKRETE GUARANTY
(Against Cruz)

60. This is an action against Cruz for damages resulting from breach of the Homekrete Guaranty in an amount in excess of $75,000.00, exclusive of interest, costs, and attorneys' fees.

61. PNC realleges and incorporates Paragraphs 1-3, and 5-10, 24-37 and 39-40 above as if fully alleged herein.

62. A contract exists between PNC and Cruz, as evidenced by the Homekrete Guaranty.

63. PNC is the owner and holder of the Homekrete Guaranty. As more particularly described herein, Cruz has defaulted under the terms of the Homekrete Guaranty by failing to tender to PNC the requisite payments and all amounts due and owing under the Homekrete Loan Documents.

64. As a direct and proximate result of Cruz's default, PNC has suffered monetary damages, and there is now due and owing from Cruz the full amount of outstanding unpaid indebtedness under the Homekrete Loan Documents, including principal, interest, attorneys' fees and costs, and any and all sums heretofore or hereinafter expended by PNC, pursuant to the terms of the Homekrete Guaranty.

WHEREFORE, Plaintiff, PNC Bank, N.A., respectfully requests this Court enter judgment for Plaintiff and against Defendant, Carlos Cruz, jointly and severally with Homekrete, together with interest, costs, and attorneys' fees pursuant to the Homekrete Loan Documents, and grant any further relief this Court deems just and proper.

DATED: May 15, 2025

**ADAMS AND REESE LLP**

By: */s/        Angela N. Grewal*
Angela N. Grewal
Florida Bar No.: 105429
Grace M. Speas
Florida Bar No.: 1049134
angela.grewal@arlaw.com
grace.speas@arlaw.com
jessica.bowers@arlaw.com
501 Riverside Ave, Suite 601
Jacksonville, FL 32202

*Attorneys for Plaintiff,*
*PNC Bank, N.A.*