**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-22229-RAR**

**PNC BANK, N.A.**,

      Plaintiff,

v.

**HOMEKRETE LLC,** *et al.*,

      Defendants.

_____/

## CONSENT FINAL JUDGMENT

**THIS CAUSE** comes before the Court upon the Parties' Joint Stipulation of Dismissal Without Prejudice and Motion to Approve Settlement Agreement ("Motion"), [ECF No. 36].  The Motion includes the consent of all Parties—Defendants, Homekrete LLC, a Florida limited liability company ("Homekrete"); Madstarz Inc., a Florida for-profit corporation ("Madstarz"); and Carlos Cruz, an individual ("Cruz"), as well as Plaintiff, PNC Bank, N.A. ("PNC").  The Court being advised that the parties have entered into an agreement to resolve this case ("Forbearance Agreement"), with the Court's entry of this Consent Final Judgment ("Consent Judgment") being a material provision of the Agreement, and the Court being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** and a Consent Judgment is entered as follows:

1.      This Court has jurisdiction over the subject matter of this case and the Parties.

2.      PNC is entitled to judgment on all counts of the Complaint.

3.      Madstarz and Cruz, jointly and severally, are obligated to PNC as a result of their default on certain loan obligations of Madstarz owed to PNC, and under the terms of the Parties' Forbearance Agreement.

4.        Plaintiff, PNC, whose address is 249 Fifth Avenue, 17th Floor, Pittsburgh, PA 15222, shall recover from Defendants, jointly and severally, at the following addresses:

Madstarz Inc., 4945 Orduna Drive, Coral Gables, FL 33146

Carlos Cruz, 4945 Orduna Drive, Coral Gables, FL 33146

damages in the amount of **$133,031.31**, less any payments actually received by PNC,[1] consisting of $99,524.03 in unpaid principal, $26,007.11 in accrued and unpaid interest, and $456.47 in late charges, $6,562.50 in attorneys' fees, and $481.20 in costs.  The total damages shall bear interest from the date of this Consent Judgment pursuant to Florida Statute § 55.03, for which sum let execution issue forthwith.

5.        Cruz and Homekrete, jointly and severally, are obligated to PNC as a result of their default on certain loan obligations owed by Homekrete to PNC, and under the terms of the Parties' Forbearance Agreement.

6.        Plaintiff, PNC, whose address is 249 Fifth Avenue, 17th Floor, Pittsburgh, PA 15222, shall recover from Defendants, jointly and severally, at the following addresses:

Homekrete LLC, 4945 Orduna Drive, Coral Gables, FL 33146

Carlos Cruz, 4945 Orduna Drive, Coral Gables, FL 33146

damages in the amount of **$125,528.47**, less any payments actually received by PNC,[2] consisting of $94,354.84 in unpaid principal, $23,698.37 in accrued and unpaid interest, $431.56 in late charges, $6,562.50 in attorneys' fees, and $481.20 in costs.  The total damages shall bear interest

---

[1]  PNC, Cruz, and Madstarz agree the amount of $133,031.31 will be reduced by any payments actually received by PNC.

[2]  PNC, Cruz, and Homekrete agree the amount of $125,528.47, will be reduced by any payments actually received by PNC.

from the date of this Consent Judgment pursuant to Florida Statute § 55.03, for which sum let execution issue forthwith.

7.     Pursuant to Florida Rule of Civil Procedure 1.560(c), each of the Defendants shall complete, under oath, Florida Rule of Civil Procedure Form 1.977(b) (Fact Information Sheet for Corporations and other business entities) ("Fact Information Sheet"), including all required attachments, and shall serve the forms on the judgment creditor's attorney within forty-five (45) days following the date of service on Defendants of the Fact Information Sheet, unless the Consent Judgment is satisfied or post-judgment discovery is stayed.

8.     The Court reserves jurisdiction to enter any further orders deemed necessary and proper, including orders to compel the judgment debtors to complete the form required by Rule 1.560, including all required attachments, and serve it on the judgment creditor's attorney.

9.     This case is **DISMISSED** *without prejudice*, with the Court retaining jurisdiction to enforce the terms of this Consent Judgment up until December 15, 2028, as set forth in the Parties' Joint Stipulation.

**DONE AND ORDERED** in Miami, Florida, this 6th day of May, 2026.

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

**CONSENTS**

**MADSTARZ INC:**

By: _____

Name: _____Carlos Cruz_____

Its: _____President._____

**CARLOS CRUZ, an individual:**

_____
Carlos Cruz, individually

Printed Name: _Carlos Cruz._____

**HOMEKRETE LLC:**

By: _____

Name: _____Carlos Cruz_____

Its: _____Manager._____

**CARLOS CRUZ, an individual:**

_____
Carlos Cruz, individually

Printed Name: _____Carlos Cruz_____

Page **4** of **4**